IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 02-40859
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ROBERT PAUL BACON,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L:02-CR-54-1
--------------------
February 6, 2003

Before JOLLY, JONES and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed for Robert Paul Bacon has filed a motion to withdraw and a brief pursuant to Anders v. California, 386 U.S. 738 (1967). Bacon filed no response. Our examination of the record and the Anders brief reveals no nonfrivolous issue for appeal. Counsel's motion to withdraw is GRANTED, and the appeal is DISMISSED.

MOTION GRANTED; APPEAL DISMISSED.

_____

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.